# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JERMAINE VAUGHN, | : | |
| Petitioner, | : | Civ. No. 10-1397 (PGS) |
| v. | : | |
| MICHELLE RICCI, et al., | : | **MEMORANDUM & ORDER** |
| Respondents. | : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case was recently reopened after it had been stayed as Petitioner indicated the New Jersey Supreme Court recently denied certification on his post-conviction relief ("PCR") petition. (*See* ECF 60). At the time this matter was stayed, Petitioner had three outstanding motions that were never ruled upon, most notably:

1. Motion to amend the habeas petition (ECF 36)
2. Motion to appoint pro bono counsel (ECF 41)
3. Motion to enforce this Court's June 17, 2019 order and to impose sanctions (ECF 51)

Before this Court moves forward to analyze Petitioner's habeas petition, Respondents shall be ordered to file a response to these outstanding motions. Given the length of time that has passed, the Clerk shall also be ordered to serve this order on the Mercer County Prosecutor in the event the attorneys of record for Respondents are no longer with that office.

Accordingly, IT IS on this 4th day of April, 2022,

ORDERED that Respondents shall file a response to Petitioner's outstanding motions (ECF 36, 41 and 51) within twenty-one (21) days of the date of this order; and it is further

2

ORDERED that the Clerk shall serve this order by certified mail on Mr. Angelo Onofri, Esq., Office of the Mercer County Prosecutor, 209 South Broad Street, Third Floor, Trenton, NJ 08650; and it is further

ORDERED that the Clerk shall serve this order on Petitioner by regular U.S. mail.

s/*Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.